```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GREGORY RAGO,

                Petitioner,
                                          04 Civ. 9699 (JSR)
        -v-
                                             ORDER
UNITED STATES OF AMERICA,

                Respondent.
------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

On August 31, 2007, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence be dismissed.

Petitioner has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the defendant's motion pursuant to 28 U.S.C. § 2255. Clerk to enter judgment.

SO ORDERED.

Dated: New York, New York  
January 18, 2008

JED S. RAKOFF, U.S.D.J.